# RICHARD B. LIND

ATTORNEY AT LAW

575 LEXINGTON AVENUE

4TH FLOOR

NEW YORK, N.Y. 10022

TELEPHONE (212) 888-7725

E-MAIL: rlind@lindlawyer.com

WEBSITE: www.richardlindlawyer.com

December 26, 2019

*Via ECF*
Hon. Paul G. Gardephe
United States District Judge
U.S. Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe

Paul G. Gardephe, U.S.D.J.

Dated: Dec. 30, 2019

Re:   United States v. Shakeema Foster
      19 Cr. 789 (PGG)

Dear Judge Gardephe:

In November 2019, I was appointed as the CJA attorney for defendant Shakeema Foster in the above-captioned matter. I write requesting permission to expend CJA funds to hire an associate, Joshua J. Horowitz, Esq., to assist me in preparing and organizing materials in this case, as well as assisting me before and during any trial in this case.

As the Court undoubtedly already knows, Mr. Horowitz has an outstanding resume, particularly with coordinating discovery. As the Court should realize, he has a vast experience in federal criminal trials. In addition, he has been approved by a variety of District Judges to assist attorneys in numerous criminal trials in this District as well as outside this District. Indeed, this Court has already approved Mr. Horowitz to assist me in two matters before this Court, namely *United States v. Hiram Collazo*, 17 Cr. 251 (PGG) and *United States v. David Cherry*, 17 Cr. 281 (PGG). In both matters, Mr. Horowitz has performed in an exemplary fashion.

I respectfully request this Court to assign and approve Mr. Horowitz to work on this case as my associate at $90 per hour. Using Mr. Horowitz to do this work and assist me in advance of trial will be more cost-effective since Mr. Horowitz will bill at an hourly rate of $90, whereas I will be billing at an hourly rate of $148.

Thank you for the Court's consideration of this application.

RICHARD B. LIND                                                                 2

                                            Respectfully submitted,

                                            Richard B. Lind

Enclosure