# RICHARD B. LIND

ATTORNEY AT LAW

575 LEXINGTON AVENUE

4TH FLOOR

NEW YORK, N.Y. 10022

---

TELEPHONE (212) 888-7725

E-MAIL: rlind@lindlawyer.com

WEBSITE: www.richardlindlawyer.com

January 8, 2020

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
U.S. Courthouse
40 Centre Street
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated: Jan. 8, 2020

Re:   United States v. Shakeema Foster
      19 Cr. 789 (PGG)

Dear Judge Gardephe:

    I am the CJA attorney for Shakeema Foster, who is a Defendant in the above-captioned case. She has been released on a bail package, which consists principally of a $50,000 personal recognizance bond, signed by Defendant Foster and two co-signers. Her travel is restricted to the Southern and Eastern Districts of New York. I recently learned from Ms. Foster that her mother died earlier this week. Ms. Foster would like to attend the funeral proceedings, in Crewe, Virginia. She plans to drive down on January 12 and return by car on January 14, 2010, staying two nights at a Quality Inn located nearby on Hwy 360. Ms. Foster's Pretrial Services Officer Francesca Piperato has no objection to this request. I left messages with AUSA Louis Pellegrino a short time ago but have not heard back from him as to the government's position.

    Thank you for the Court's consideration of this request.

Respectfully submitted,

*[signature]*

Richard B. Lind

cc: AUSA Louis Pellegrino (by ECF)
    Pretrial Services Officer Piperato (by email)