# RICHARD B. LIND

ATTORNEY AT LAW

575 LEXINGTON AVENUE

4TH FLOOR

NEW YORK, N.Y. 10022

TELEPHONE (212) 888-7725

E-MAIL: rlind@lindlawyer.com

WEBSITE: www.richardlindlawyer.com

July 8, 2020

*Via ECF*

Hon. Paul G. Gardephe
United States District Judge
U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: July 9, 2020

Re:  United States v. Shakeema Foster
     19 Cr. 789 (PGG)

Dear Judge Gardephe:

Together with Joshua Horowitz, Esq., I represent Defendant Shakeema Foster in the above-referenced case. She has been released on a bail package, which consists principally of a $50,000 personal recognizance bond, signed by Defendant Foster and two co-signers. Her travel is restricted to the Southern and Eastern Districts of New York and the Districts of New Jersey and Connecticut for business purposes only.

Ms. Foster would like to travel to Atlanta, Georgia from August 27 to August 29 on a brief vacation. Ms. Foster's Pretrial Services Officer Francesca Piperato has no objection to this request and the government also consents.

Thank you for the Court's consideration of this application.

Respectfully submitted,

Richard B. Lind

cc: All Counsel (by ECF)
    Pretrial Services Officer Piperato (by email)