Richard B. Lind
Attorney At Law
575 Lexington Avenue – 4th Floor
New York, NY 10022
Telephone: (212) 888-7725     Email: rlind@lindlawyer.com

October 6, 2020

**BY ECF**
Hon. Paul G. Gardephe
United States District Judge
U.S. Courthouse
40 Foley Square
New York, NY 10007

> MEMO ENDORSED
>
> The Application is granted.
>
> SO ORDERED:
>
> /s/ Paul G. Gardephe
> Paul G. Gardephe, U.S.D.J.
>
> Dated: October 7, 2020

    Re:    <u>United States v. Shakeema Foster</u>
           19 Cr. 789 (PGG)

Dear Judge Gardephe:

    Together with Joshua Horowitz, Esq., I represent Defendant Shakeema Foster in the above-captioned case. She has been released on a bail package, which consists principally of a $50,000 personal recognizance bond, signed by Defendant Foster and two co-signers. Her travel is restricted to the Southern and Eastern Districts of New York, and the Districts of New Jersey and Connecticut for business purposes only.

    Ms. Foster would like to travel to, and return from Philadelphia on October 10; and she would like to travel to, and remain in, Atlantic City from October 22-24, to celebrate her birthday. Ms. Foster's Pretrial Services Officer Marilyn Toledo has no objection to this request and the government also consents.

    Thank you for the Court's consideration of this application..

                                                    Respectfully submitted,

                                                         /s/

                                                     Richard B. Lind

cc: All counsel (by ECF)
    Pretrial Services Officer Toledo (by email)