# Richard B. Lind
## Attorney At Law
575 Lexington Avenue – 4th Floor
New York, NY 10022
Cellphone: (917) 747-9603   Email: rlind@lindlawyer.com

February 24, 2021

**BY ECF**
Hon. Paul G. Gardephe
United States District Judge
U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: February 25, 2021

Re: <u>United States v. Shakeema Foster</u>
19 Cr. 789 (PGG)

Dear Judge Gardephe:

    I represent Defendant Shakeema Foster in the above-captioned case. I will be on an airplane on March 9, 2021, and will not able to participate by phone in the Court's conference on that date. Accordingly, I have asked attorney Lisa Scolari, who represents Defendant Barrington Reid in this matter, to substitute for me, which she has graciously consented to do. I have advised Ms. Foster of the proposed substitution and she does not object to Ms. Scolari taking on this role.

    Thank you for the Court's consideration of this application..

Respectfully submitted,

/s/

Richard B. Lind

cc: Counsel of Record (By ECF)