Richard B. Lind  
Attorney At Law  
575 Lexington Avenue – 4th Floor  
New York, NY 10022  
Cellphone: (917) 747-9603   Email: rlind@lindlawyer.com

March 23, 2021

**BY ECF**
Hon. Paul G. Gardephe
United States District Judge
U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:  United States v. Shakeema Foster
         19 Cr. 789 (PGG)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: March 24, 2021

Dear Judge Gardephe:

    I represent Defendant Shakeema Foster in the above-captioned case. As the Court is aware, she has been released on a bail package, which consists principally of a $50,000 personal recognizance bond, signed by Defendant Foster and two co-signers. Her travel is restricted to the Southern and Eastern Districts of New York, and the Districts of New Jersey and Connecticut for business purposes only.

    Ms. Foster would like to travel to eat at a restaurant in Philadelphia on March 31, and return the same day; and she would like to travel to eat at a different restaurant in Edison, New Jersey on April 8, and return the same day. Ms. Foster's Pretrial Services Officer Madalyn Toledo has no objection to this request and the government also consents.

    Thank you for the Court's consideration of this application..

                            Respectfully submitted,

                                   /s/

                            Richard B. Lind

cc: All counsel (by ECF)
    Pretrial Services Officer -- (by email)