**Richard B. Lind**
Attorney At Law
575 Lexington Avenue – 4th Floor
New York, NY 10022

Cellphone: (917) 747-9603    Email:

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: July 9, 2021

**BY ECF**
Hon. Paul G. Gardephe
United States District Judge
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Shakeema Foster
        19 Cr. 789 (PGG)

Dear Judge Gardephe:

Together with Joshua Horowitz, Esq., I represent Defendant Shakeema Foster in the above-captioned case. As the Court is aware, she has been released on a bail package, which consists principally of a $50,000 personal recognizance bond, signed by Defendant Foster and two co-signers. Her travel is restricted to the Southern and Eastern Districts of New York, and the Districts of New Jersey and Connecticut for business purposes only.

Ms. Foster would like to travel to eat and/or stay at three different locations later this month, as follows: (1) On July 10, 2021, Gender Reveal, a party store in Union, NJ. and return the same day; (2) from July 22-27, 2021, she will be staying with friends at an Airbnb in Atlanta; and (3) on July 29, 2021, Ms. Foster will visit Dorney Park, an amusement park, in Allentown, PA, and return later the same day. Ms. Foster's Pretrial Services Officer, Madalyn Toledo, does not objection to this request and the government also consents.

Thank you for the Court's consideration of this application..

Respectfully submitted,

/s/

Richard B. Lind

cc: AUSA Mathew Andrews (by ECF)
    Pretrial Services Officer Madalyn Toledo (by email)