# Richard B. Lind
## Attorney At Law
575 Lexington Avenue – 4th Floor
New York, NY 10022
Cellphone: (917) 747-9603   Email: rlind@lindlawyer.com

August 7, 2021

**BY ECF**
Hon. Paul G. Gardephe
United States District Judge
U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: August 9, 2021

Re:   United States v. Shakeema Foster
      19 Cr. 789 (PGG)

Dear Judge Gardephe:

Together with Joshua Horowitz, Esq., I represent Defendant Shakeema Foster in the above-captioned case. As the Court is aware, she has been released on a bail package, which consists principally of a $50,000 personal recognizance bond, signed by Defendant Foster and two co-signers. Her travel is restricted to the Southern and Eastern Districts of New York, and the Districts of New Jersey and Connecticut for business purposes only.

Ms. Foster would like to drive to Burkeville, Virginia to attend a family reunion to during the period August 13-16, 2021. Ms. Foster's Pretrial Services Officer, Madalyn Toledo, does not object to this request and the government also consents.

Thank you for the Court's consideration of this application..

Respectfully submitted,

/s/

Richard B. Lind

cc: AUSA Louis Pellegrino (by ECF)
    Pretrial Services Officer Madalyn Toledo (by email)