**Richard B. Lind**
Attorney At Law
575 Lexington Avenue – 4th Floor
New York, NY 10022
Cellphone: (917) 747-9603   Email: rlind@lindlawyer.com

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: September 20, 2021

**BY ECF**
Hon. Paul G. Gardephe
United States District Judge
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Shakeema Foster
         19 Cr. 789 (PGG)

Dear Judge Gardephe:

Together with Joshua Horowitz, Esq., I represent Defendant Shakeema Foster in the above-captioned case. As the Court is aware, she has been released on a bail package, which consists principally of a $50,000 personal recognizance bond, signed by Defendant Foster and two co-signers. Her travel is restricted to the Southern and Eastern Districts of New York, and the Districts of New Jersey and Connecticut for business purposes only.

Ms. Foster would like to travel to attend a baby shower on September 25, 2021 in North Bergen, New Jersey. During the period October 14-21, she would like to vacation in Los Angeles. On October 23, Shakeema she would like to stay at a spa in Edge water, New Jersey. Ms. Foster's Pretrial Services Officer, Madalyn Toledo, does not object to this request and the government also consents.

Thank you for the Court's consideration of this application..

Respectfully submitted,

/s/

Richard B. Lind

cc: AUSA Louis Pellegrino (by ECF)
    Pretrial Services Officer Madalyn Toledo (by email)