Richard B. Lind<br>
Attorney at Law<br>
575 Lexington Avenue, New York, NY 10022<br>
Cellphone: (917) 747-9603 Email: rlind@lindlawyer.com

October 19, 2021

*Via ECF*

Hon. Paul G. Gardephe
United States District Judge
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  United States v.
     19 Cr. 789 (PGG)

MEMO ENDORSED:
The application is granted. The sentencing currently scheduled for November 5, 2021 is adjourned to **November 19, 2021 at 11:00 a.m.**

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

Dated: October 22, 2021

Dear Judge Gardephe:

    Together with Joshua Horowitz, Esq., I represent Defendant Shakeema Foster in the above-referenced case. I am writing to request a two-week extension for the filing of Ms. Foster's sentencing memorandum to Friday October 29, 2021 from the prior submission date of October 15, 2021. (Through an error on my part, I believed that the defense's sentencing letter was due on October 22.)

    I have communicated with the assigned AUSAs in this matter. We have agreed that the government's filing date would be November 5, 2021 and the sentencing would take place on November 19, 2021.

    Thank you for the Court's consideration of this application.

Respectfully submitted,

Richard B. Lind

cc: All Counsel (by ECF)