UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                  :
UNITED STATES OF AMERICA
                                                                  :    CONSENT PRELIMINARY ORDER
           - v. -                                                      OF FORFEITURE/
                                                                  :    <u>MONEY JUDGMENT</u>
SHAKEEMA FOSTER,
                                                                  :    S2 19 Cr. 789 (PGG)
                    Defendant.
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

WHEREAS, on or about November 6, 2019, SHAKEEMA FOSTER (the "Defendant"), among others, was charged in two counts of a thirty-two count Indictment, 19 Cr. 789 (PGG) (the "Indictment"), with conspiracy to violate the Travel Act, in violation of Title 18, United States Code, Section 371 (Count One); and solicitation of bribes and gratuities by an agent of a federally funded organization, in violation of Title 18, United States Code, Sections 666(a)(1)(B) and 2 (Count Twenty);

WHEREAS, on or about June 28, 2021, the Defendant consented to the filing of a superseding felony Information, charging Travel Act Bribery, in violation of 18 United States Code, Sections 1952 and 2. The Information included, *inter alia*, a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), of any and all property, including but not limited to a sum of money in United States currency, representing the proceeds traceable to the commission of the offense charged in Count One of the Information that the Defendant personally obtained;

WHEREAS, on or about June 28, 2021, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit

to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), a sum of money equal to no less than $3,000 in United States currency, representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information, that the Defendant personally obtained;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $3,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Mathew Andrews, Louis A. Pellegrino, and Stephanie Simon, of counsel, and the Defendant, and her counsel, Richard B. Lind, Esq., that:

1.      As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $3,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, SHAKEEMA FOSTER, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    _____                    12/9/21
       MATHEW ANDREWS                                 DATE
       LOUIS A. PELLEGRINO
       STEPHANIE SIMON
       Assistant United States Attorneys
       One St. Andrew's Plaza
       New York, NY 10007
       (212) 637-6526 / 2617 / (914) 993-1920

SHAKEEMA FOSTER

By:    _____                    12/9/21
       SHAKEEMA FOSTER                                DATE

By:    _____                    12/9/21
       RICHARD B. LIND, ESQ.                          DATE
       Attorney for Defendant
       880 Third Avenue
       13th Floor
       New York, NY 10022

SO ORDERED:

       _____                    Dec. 9 2021
       HONORABLE PAUL G. GARDEPHE                     DATE
       UNITED STATES DISTRICT JUDGE